UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE McFADDEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARREN MONTGOMERY, Warden,<br><br>　　　　Respondent. | No. CV 16-8501-SJO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered denying the Petition For Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: October 7, 2019

　　　　　　　　　　　　　　　　　_S. James Otero_
　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　United States District Judge