JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE McFADDEN,<br><br>          Petitioner,<br><br>   v.<br><br>WARREN MONTGOMERY, Warden,<br><br>          Respondent. | NO. CV 16-8501-SJO (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and the action is dismissed with prejudice.

DATED: October 7, 2019

                                          S. JAMES OTERO
                                     United States District Judge